# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 24, 2008

135616

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

CHAD ALLEN WILLIAMS,
     Defendant-Appellant.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 135616
COA: 270729
Dickinson CC: 05-003480-FC

On order of the Court, the application for leave to appeal the November 20, 2007 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 24, 2008

Clerk

t0317